**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000548
18-DEC-2025
09:31 AM
Dkt. 120 ODSLJ**

NO. CAAP-21-0000548

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

IN THE MATTER OF SANYA LUCAS,
Complainant-Appellant/Appellant,
v.
CIVIL SERVICE COMMISSION, COUNTY OF MAUI,
Respondent-Appellee (Agency)/Appellee, and
COUNTY OF MAUI, DEPARTMENT OF HOUSING AND HUMAN CONCERNS,
Intervenor-Appellee/Appellee.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2CCV-21-0000041)

ORDER
(By: Nakasone, Chief Judge, Hiraoka and McCullen, JJ.)

Upon consideration of Complainant-Appellant/Appellant

Sanya Lucas' December 10, 2025 "Motion for Further Relief from

the Remand Order of the Intermediate Court of Appeal and Request

for Order Directing the Civil Service Commission to Withdraw Its

Petition to the Hawaii Labor Relations Board and Determine Its

Own Jurisdiction" (**Motion**), the papers in support, in

opposition, and the record, it appears we do not have jurisdiction to review the Motion.  Hawaiʻi Rules of Appellate Procedure Rule 36.

Therefore, IT IS ORDERED that the Motion is dismissed for lack of jurisdiction.

DATED:  Honolulu, Hawaiʻi, December 18, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge